OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, without costs.
 

 The Election Law mandates, in clear and unequivocal terms, that "[a] write-in ballot must be cast in its appropriate place on the machine, or it shall be void and not counted.” (Election Law, § 8-308, subd 4.) Here, it was error for Supreme Court to validate a write-in ballot for the office of Common Council when such ballot was cast in the column designated for the office of County Executive. The plain language of the statute itself proscribes such result. It is noted that in
 
 Matter of Pauly v Mahoney
 
 (49 AD2d 1014), relied on below, leave to appeal was denied by this court (37 NY2d 711). Our denial of leave to appeal has no precedential effect. (See
 
 Matter of Marchant v Mead-Morrison Mfg. Co.,
 
 252 NY 284, 297-298 [Cardozo, Ch. J.].)
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order reversed, without costs, and the petition dismissed in a memorandum.